■ JOHN W. PIATKO, Respondent, v BETHLEHEM STEEL CORPORATION et al., Appellants. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Piatko v Bethlehem Steel Corp.* ([appeal No. 1] 149 AD2d 910). (Appeal from order of Supreme Court, Erie County, Notaro, J.—attorney's fees.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.